DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SWINSON

No. 281P94

Case below: 114 N.C.App. 666

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

TABRON v. WILSON

No. 304P94

Case below: 115 N.C.App. 174

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

WALTERS v. DIXIE YARNS, INC.

No. 242P94

Case below: 114 N.C.App. 667

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

WESTON v. DANIELS

No. 209P94

Case below: 114 N.C.App. 418

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

PETITIONS TO REHEAR

IN RE DELK

No. 249PA93

Case below: 336 N.C. 543

Petition by Mark T. Delk to rehear pursuant to Rule 31 denied 28 July 1994.